UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAT DAVIS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:17-CV-0290-G |
| THE HANOVER INSURANCE GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case was removed from the 251st Judicial District Court of Randall County, Texas. Notice of Removal ¶ 1. Randall County is in the Amarillo Division of this court. 28 U.S.C. § 124(a)(5).

The removal statute, 28 U.S.C. § 1441(a), authorizes removal by the defendant of an action in state court "to the district court of the United States for the district *and division* embracing the place where such action is pending" (emphasis added). Thus, this case should have been removed to the Amarillo Division, which includes Randall County.

Accordingly, this case is **TRANSFERRED** to the **Amarillo Division** for reassignment to a judge in that division. 28 U.S.C. § 1406(a).

**SO ORDERED**.

February 3, 2017.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**